IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ This Order Relates To: *See Appendix* | Case No. 23-md-03084-CRB **ORDER DEEMING MOOT MOTIONS FOR LEAVE TO PROCEED ANONYMOUSLY** |

In the cases listed below, the plaintiffs move for leave to proceed anonymously. The Court deems these motions moot in light of the parties' stipulated order regarding MDL plaintiffs who wish to proceed anonymously, which was entered on the main MDL docket on December 28, 2023. See Stipulation and Order Re: Plaintiffs Who Wish to Proceed Anonymously, Dkt. No. 174.

It will be unnecessary for any plaintiffs who may later file cases in this MDL to file motions for leave to proceed anonymously, unless they specifically seek to do so according to terms other than those set forth in the Stipulation and Order Re: Plaintiffs Who Wish to Proceed Anonymously.

**IT IS SO ORDERED.**

Dated: January 5, 2024

CHARLES R. BREYER
United States District Judge

# Appendix

| Member Case No. | Motion Dkt. No. |
|---|---|
| 23-cv-05915-CRB | 6 |
| 23-cv-06200-CRB | 6 |
| 23-cv-06534-CRB | 3 |
| 24-cv-00024-CRB | 4 |
| 23-cv-06149-CRB | 6 |